IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stansberry, Dean | Case Number: 08 B 11005 |
|---|---|---|
| | Black, Debra | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 4/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: July 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,045.00 | |
| Secured: | | 1,640.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,206.35 |
| Trustee Fee: | | 198.65 |
| Other Funds: | | 0.00 |
| Totals: | 3,045.00 | 3,045.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 1,206.35 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 267.00 | 15.00 |
| 4. | Americredit Financial Ser Inc | Secured | 19,510.95 | 1,625.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 2,460.97 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 161.07 | 0.00 |
| 7. | Bass & Associates | Unsecured | 25.72 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 255.91 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 37.32 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 25.60 | 0.00 |
| 11. | Pharia LLC | Unsecured | 49.08 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 48.31 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 15.54 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 28.22 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 34.60 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 62.13 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 98.26 | 0.00 |
| 18. | Fingerhut | Unsecured | 15.59 | 0.00 |
| 19. | Nationwide Credit & Collection | Unsecured | 1.26 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 64.22 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 24.60 | 0.00 |
| 22. | Asset Acceptance | Unsecured | 35.61 | 0.00 |
| 23. | Jefferson Capital Systems LLC | Unsecured | 73.24 | 0.00 |
| 24. | Ameriloan | Unsecured | 32.50 | 0.00 |
| 25. | Allied Interstate | Unsecured | 2.18 | 0.00 |
| 26. | Preferred Cash Loans | Unsecured | 39.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stansberry, Dean | Case Number: 08 B 11005 |
|---|---|---|
|  | Black, Debra | Judge: Wedoff, Eugene R |
|  | Printed: 01/06/09 | Filed: 4/30/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | Friedman & Wexler LLC | Unsecured | 34.56 | 0.00 |
| 28. | Malcolm S Gerald & Assoc | Unsecured | 254.40 | 0.00 |
| 29. | Resurgent Capital Services | Unsecured | 59.81 | 0.00 |
| 30. | Northwest Collectors | Unsecured | 160.00 | 0.00 |
| 31. | Advocate MSO Services | Unsecured | 24.77 | 0.00 |
| 32. | Lavoll & Edger | Unsecured | 290.00 | 0.00 |
| 33. | Transworld System | Unsecured | 21.00 | 0.00 |
| 34. | Publishers Clearing House | Unsecured | 13.90 | 0.00 |
| 35. | Portfolio Recovery Associates | Unsecured | 39.03 | 0.00 |
| 36. | ECast Settlement Corp | Unsecured | 61.04 | 0.00 |
| 37. | ECast Settlement Corp | Unsecured | 87.53 | 0.00 |
| 38. | Southwest Center For Gastroenterolo | Unsecured | 3.93 | 0.00 |
| 39. | ECast Settlement Corp | Unsecured | 27.12 | 0.00 |
| 40. | ECast Settlement Corp | Unsecured | 39.31 | 0.00 |
| 41. | Fingerhut | Unsecured | 16.57 | 0.00 |
| 42. | City Of Chicago | Unsecured | 0.14 | 0.00 |
| 43. | ECast Settlement Corp | Unsecured | 29.50 | 0.00 |
| 44. | David L Rudolph | Unsecured | 66.70 | 0.00 |
| 45. | Jefferson Capital Systems LLC | Unsecured | 102.77 | 0.00 |
| 46. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 47. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 48. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 49. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 50. | 500 Fast Cash | Unsecured | | No Claim Filed |
| 51. | Cash Advance | Unsecured | | No Claim Filed |
| 52. | Columbia House | Unsecured | | No Claim Filed |
| 53. | One Click Cash | Unsecured | | No Claim Filed |
| 54. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 55. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 56. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 57. | MRSI | Unsecured | | No Claim Filed |
| 58. | Quick Payday | Unsecured | | No Claim Filed |
| 59. | Sams Club | Unsecured | | No Claim Filed |
| 60. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 61. | United Cash Loans | Unsecured | | No Claim Filed |
| | | | $ 28,184.96 | $ 2,846.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 151.13 |
| 6.6% | 47.52 |
| | $ 198.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stansberry, Dean<br>Black, Debra<br>Printed: 01/06/09 | Case Number: 08 B 11005<br>Judge: Wedoff, Eugene R<br>Filed: 4/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

